SOMMERS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1911.) Action by John E. Sommers against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

SPILA, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Tomassina Spila, as administratrix, etc., against the New York Central & Hudson River Railroad Company. PER CURIAM. Motion for reargument granted, and case set down for Tuesday, January 23, 1912. For former opinion, see 132 N. Y. Supp. 151. BURR, J., taking no part.

STANDARD FASHION CO., Appellant, v. SAWYER et al., Respondents. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by the Standard Fashion Company against Alphonso R. Sawyer and another. F. Rooney, for appellant. W. P. Chapman, Jr., for respondents. No opinion. Order affirmed, with $10 costs and disbursements, without passing on the right of the plaintiff to a permanent injunction, which must be determined on the trial. Order filed.

In re STANTON. (Supreme Court, Appellate Division, First Department. December 29, 1911.) In the matter of Willard G. Stanton. No opinion. Proceeding dismissed. Settle order on notice.

In re STENTON (two cases). (Supreme Court, Appellate Division, First Department. January 12, 1912.) In the matter of Louisa Stenton. No opinion. Motions granted. Settle orders on notice. See, also, 53 Misc. Rep. 515, 105 N. Y. Supp. 295.

STERN et al., Appellants, v. CONLEY, Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Josephine M. Stern and another, as executors etc., of Moses Stern, deceased, against William A. Conley. No opinion. Order affirmed, with $10 costs and disbursements.

STEUERWALD, Appellant, v. SITOMER, Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Charles B. Steuerwald against Benjamin Sitomer. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 145 App. Div. 940, 130 N. Y. Supp. 1132.

STEVENS v. VAN ALSTYNE. MALONEY v. HURRY. FUND v. SPIVACK. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Actions by Ella M. Stevens against George W. Van Alstyne, by Michael Maloney against Randolph Hurry, and by Sam Fund against Joseph Spivack. No opinions. Motions granted, unless appellants comply with terms stated in orders. Orders filed.

STEWART, Appellant, v. FREEMAN, Respondent. (Supreme Court, Appellate Division, Third Department. January 12, 1912.) Action by Ober Stewart against Jay A. Freeman. No opinion. Motion granted, without costs of motion, but with costs of appeal.

STRAHMAN v. YORKVILLE BANK. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Henry C. Strahman against the Yorkville Bank. With this case have been consolidated in this court cases bearing titles as follows: Walter H. Allen v. United Engineering Co.; City v. Michael Palladino; Laura Daintrey v. Alfred H. Evans; Michael J. Craven v. Eccentric Ass'n of Engineers; Cornelius J. Sullivan v. Ryan-Parker Co. (two cases); Albert Heppenstall v. John F. Baudouine. No opinions. Motions denied, with $10 costs. Orders filed. See, also 132 N. Y. Supp. 130.

STREITFELD, Respondent, v. LEVI et al., Appellants. (Supreme Court, Appellate Division, First Department. December 15, 1911.) Action by Adolph Streitfeld against Charles L. Levi and another. B. B. Creller, for appellants. G. J. Gruenberg, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 129 N. Y. Supp. 1111; 131 N. Y. Supp. 1145.

STRODL, Appellant, v. PARISH-STAFFORD CO., Respondent (two cases). (Supreme Court, Appellate Division, First Department. December 8, 1911.) Actions by Edward V. Strodl against the Parish-Stafford Company. E. K. Baird, for appellant. E. L. Adams, for respondent. No opinions. Orders affirmed, with $10 costs and disbursements. Motions dismissed. Orders filed. See, also, 130 N. Y. Supp. 35.

STUART, Respondent, v. ENGLIS, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Frances Stuart against John Englis. No opinion. Order affirmed, with $10 costs and disbursements.

STUART, Respondent, v. ENGLIS, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Frances Stuart against John Englis. No opinion. Motion for stay denied, without costs.

SULLIVAN v. RYAN-PARKER CONST. CO. (two cases). (Supreme Court, Appellate Division, First Department. December 8, 1911.) Actions by Cornelius J. Sullivan